STATE OF TEXAS

Cause No. 32-SC-15-00121

| | | |
|---|---|---|
| DAVID E. MACK, PLAINTIFF | § | IN THE JUSTICE COURT |
| VS. | § | PRECINCT 3, PLACE 2 |
| MIDLAND CREDIT MANAGEMENT, INC., DEFENDANT | § | COLLIN COUNTY, TEXAS |

## NOTICE OF FILING NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN THAT, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, defendant Midland Credit Management, Inc. ("Midland") has on the 11th day of May, 2015, filed in the United States District Court for the Eastern District of Texas, Sherman Division, the Notice of Removal to remove Case Number 32-SC-15-00121 from the Collin County Justice Court, Collin County, Texas, to the United States District Court for the Eastern District of Texas, Sherman Division. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A."

Respectfully submitted,

_____
Reid S. Manley
Texas Bar No. 24047520
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

24155289 v1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served on the following by Electronic Filing, and/or by U.S. First Class Mail, hand delivery, fax or email on this ___11___ day of May, 2015:

David E. Mack
7720 McCallum Boulevard, #2099
Dallas, Texas 75252
Telephone:   (972) 735-9642
Email: mack2001@swbell.com

_____
OF COUNSEL